■ COMMITTEE OF INTERNS AND RESIDENTS, by its President, TERRY FITZGERALD, Appellant, v MAIMONIDES MEDICAL CENTER et al., Respondents. — Order of the Supreme Court, Kings County, dated November 21, 1983, affirmed, with costs, for reasons stated in the memorandum decision of Justice Pizzuto at Special Term. Mollen, P. J., Titone, Bracken and Boyers, JJ., concur.